JS-6

1 | **STEVEN J. ROTHANS – State Bar No. 106579**
2 | **DAVID G. TORRES-SIEGRIST- State Bar No. 220187**
  | **CARPENTER, ROTHANS & DUMONT**
3 | **888 South Figueroa, Suite 1960**
  | **Los Angeles, CA  90017**
4 | **(213) 228-0400 / (213) 228-0401 [Fax]**
  | **srothans@crdlaw.com/dgts@crdlaw.com**

Attorneys for Defendants, CITY OF ARCADIA, a public entity, and OFFICER JOHN JURMAN, a public employee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS LUIS HALL, | ) Case No.:  CV10-3858 CAS (Ex) |
|---|---|
| Plaintiff, | ) **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |
| v. | ) Fed.R.Civ.P. 41(a)(1) |
| ARCADIA POLICE DEPARTMENT; CITY OF ARCADIA; JOHN JURMAN; and DOES 1 through 100, inclusive, | ) **HONORABLE CHRISTINA A. SNYDER U.S. DISTRICT COURT JUDGE** |

IT IS HEREBY ORDERED that the entire action brought by plaintiff DOUGLAS LUIS HALL be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all defendants.

IT IS SO ORDERED.

DATE:   October 21, 2011

_____
Honorable Christina A. Snyder
U.S. District Court Judge

- 1 -
**ORDER RE STIPULATION TO DISMISS**